UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TERRY A CANALES, *et al* | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. C-00-012 |
| | * | |
| KOCH PIPELINE COMPANY, *et al* | * | |

### CONFIRMATION OF CONSENT TO REMOVAL AND NOTICE OF ATTORNEY IN CHARGE FOR DEFENDANTS ALLEN YEATS AND AFC LEASE SERVICE, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Allen Yeats and AFC Lease Service, Inc., as two of the Defendants in the above entitled civil action, and would show unto the Court as follows:

I.

Allen Yeats and AFC Lease Service, Inc. files this its written confirmation of consent to removal of Koch Defendants' Notice of Removal.

II.

Allen Yeats and AFC Lease Service, Inc. hereby gives notice to the Court and to all parties to this lawsuit that the "Attorney in Charge" for Allen Yeats and AFC Lease Service, Inc. is David Walsh, State Bar No. 00786327, Southern District of Texas bar number 16319, Brin & Brin, P.C., 1202 Third Street, Corpus Christi, Texas 78404, telephone (361) 881-9643, and facsimile (361) 883-0506.

WHEREFORE, PREMISES CONSIDERED, Defendants Allen Yeats and AFC Lease Service, Inc. hereby give written confirmation of consent to removal of Koch Defendants' Notice of Removal, and gives notice to the Court and to all parties of record of the undersigned Attorney

3.

in Charge, and for such other and further relief to which these Defendants are entitled.

                              Respectfully submitted,

*/s/ David Walsh*
David Walsh
Federal ID #16319
State Bar #00786327
Attorney in Charge

ATTORNEY FOR DEFENDANTS
ALLEN YEATS AND
AFC LEASE SERVICE, INC.

OF COUNSEL:

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas  78404
361-881-9643
361-883-0506 (Fax)

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was forwarded on the 12th day of January, 2000, via U.S. Certified Mail, Return Receipt Requested to Mr. John C. Lemon, 520 E. Second Street, Alice, Texas 78332-4810, and all other parties of record by Regular Mail.

*/s/ David Walsh*
David Walsh