United States District Court
Southern District of T—
FILED

JAN 18 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY A. CANALES, ET AL | § | |
| | § | CIVIL ACTION NO. C-00-012 |
| VS. | § | |
| | § | |
| KOCH PIPELINE COMPANY, ET AL | § | |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order for Conference and Disclosure of Interested Persons, counsel for Hector S. Lopez and Gloria Lopez, files this Certificate of Interested Parties, as follows:

I.

The following persons and/or Corporations are affiliated with Hector S. Lopez and Gloria Lopez, and therefore may have an interest in the outcome of this litigation:

Hector S. Lopez
Gloria Lopez

        Respectfully submitted,

        SCHAUER, SIMANK & LEDBETTER, P.C.
        615 No. Upper Broadway, Suite 2000, MSC-159
        Corpus Christi, Texas 78477
        (361) 884-2800
        (361) 884-2822 (FAX)

        By: _____
        Ronald A. Simank
        State Bar No. 18359400

        ATTORNEYS FOR HECTOR S. LOPEZ AND
        GLORIA LOPEZ

## CERTIFICATE OF SERVICE

I hereby certify that on the ___18th___ day of ___January___, 2000, a true and correct copy of the above and foregoing document was deposited in the United States mail, first class, postage prepaid, to the following:

Mr. John C. Lemon
LEMON & GONZALEZ-LEMON, L.L.P.
520 East Second Street
Alice, TX 78332-4810

Mr. Travis A. Pearson
KOCH INDUSTRIES, INC.
P.O. Box 2256
Wichita, KS 67201

Mr. Terry A. Canales
P.O. Box 730
Premont, TX 78375

Mr. Gene R. Ward
Ms. Lynette M. Frederick
HORNBLOWER, MANNING & WARD
P.O. Box 2728
Corpus Christi, TX 78403-2728

Mr. Allen Yeats, *pro se* and for
AFC LEASE SERVICE, INC., *pro se*
P.O. Box 776
Sinton, TX 78387

_____
Ronald A. Simank