United States District Court
Southern District of Texas
FILED

JAN 26 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY A. CANALES AND | § | |
| RACHEL E. CANALES | § | |
| | § | |
| VS. | § | C.A. NO. C-00-012 |
| | § | |
| KOCH PIPELINE COMPANY, L.P., KOCH | § | |
| PETROLEUM GROUP, KOCH GATHERING | § | |
| SYSTEMS, INC., AFC LEASE SERVICE, | § | |
| INC., ALLEN YEATS, HECTOR S. LOPEZ | § | Removed from the 229th District Court |
| AND GLORIA LOPEZ | § | of Duval County, Texas |

**CERTIFICATE OF PARTIES FINANCIALLY INTERESTED
IN THE OUTCOME OF LITIGATION**

Pursuant to the Order for Conference and Disclosure of Interested Parties of January 11, 2000, Koch Defendants hereby file their certificate listing all persons, associations of persons, firms, partnership corporations, affiliates, parent corporations, or other entities that they are aware of and are financially interested in the outcome of this litigation.

1. The Koch Defendants are aware of no financially interested entities other than the parties to this lawsuit. The proper parties are:

   a. Plaintiffs:

      (1) Terry A. Canales and Rachel E. Canales;

      (2) Hector S. Lopez and Gloria Lopez.

   b. Defendant:   Koch Pipeline Company, L.P.

2. None of the parties are publicly-traded.

**Certificate of Parties Financially Interested
in the Outcome of Litigation - Page 1**
H:\office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\2Cert-Int-Parties.wpd

5.

Respectfully submitted,

Travis A. Pearson
KOCH INDUSTRIES, INC.
P.O. Box 2256
Wichita, KS 67201
Telephone: (316) 828-8594
FAX: (316) 828-4780
and
Gene R. Ward
State Bar No. 20841500
Federal I.D. No. 7645
Lynette M. Frederick
State Bar No. 12909300
Federal I.D. No. 15439
HORNBLOWER, MANNING & WARD
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728
Telephone: (361) 888-8041
FAX: (361) 888-8222

By _____ Gene Ward _____
ATTORNEYS FOR DEFENDANTS, KOCH PIPELINE
COMPANY, L.P., KOCH PETROLEUM GROUP, L.P.
AND KOCH GATHERING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I certify that on January 26, 2000, a complete and correct copy of the **Certificate of Parties Financially Interested in the Outcome of Litigation** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR # Z 199 591 543**
Mr. John C. Lemon
Lemon & Gonzalez-Lemon, L.L.P.
520 East Second Street
Alice, TX 78332-4810

**Certificate of Parties Financially Interested
in the Outcome of Litigation - Page 2**
H \office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\2Cert-Int-Parties.wpd

**VIA CM/RRR # Z 199 591 544**
Mr. David Walsh
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404


**VIA CM/RRR # Z 199 591 545**
Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, TX   78477

_____
Gene R. Ward

**Certificate of Parties Financially Interested
in the Outcome of Litigation - Page 3**
H \office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\2Cert-Int-Parties.wpd