UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 28 2000

Michael N. Milby, Clerk

| | |
|---|---|
| TERRY A. CANALES AND § | |
| RACHEL E. CANALES § | |
| § | |
| VS. § | C.A. NO. C-00-012 |
| § | |
| KOCH PIPELINE COMPANY, L.P., KOCH § | |
| PETROLEUM GROUP, KOCH GATHERING § | |
| SYSTEMS, INC., AFC LEASE SERVICE, § | |
| INC., ALLEN YEATS, HECTOR S. LOPEZ § | Removed from the 229th District Court |
| AND GLORIA LOPEZ § | of Duval County, Texas |

**CERTIFICATE OF PARTIES FINANCIALLY INTERESTED
IN THE OUTCOME OF LITIGATION**

Pursuant to the Order for Conference and Disclosure of Interested Parties, Plaintiffs hereby file their certificate listing all persons, associations of persons, firms, partnership corporations, affiliates, parent corporations, or other entities that they are aware of and are financially interested in the outcome of this litigation.

1. The plaintiffs are aware of no financially interested entities other than the parties to this lawsuit. The proper parties are:

   a. Plaintiffs:

   (1) Terry A. Canales and Rachel E. Canales.

   b. Defendants: Koch Pipeline Company, L.P., Koch Petroleum group, Koch Gathering Systems, Inc., AFC Lease Service, Inc., Allen Yeats, Hector S. Lopez, and Gloria Lopez.

2.       Plaintiffs are unaware if any of the parties are publicly-traded.

Respectfully Submitted,

John C. Lemon
State Bar No.:00789449
Lemon & Gonzalez-Lemon, L.P.
520 E. Second
Alice, Texas 78332
Tel:361/664-0011
Fax:361/664-0013

By_____
John C. Lemon
Attorney for Plaintiffs, Terry A. Canales
and Rachel E. Canales

## CERTIFICATE OF SERVICE

I certify that on January 27, 2000, a complete and correct copy of the **Certificate of Parties Financially Interested in the Outcome of Litigation** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

Travis A. Pearson
Koch Industries, Inc.
P.O. Box 2256
Wichita, KS 67201

Gene R. Ward
Hornblower, Manning & Ward
P.O. Box 2728
Corpus Christi, TX 78403-2728

Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, TX 78477

Mr. David Walsh
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

_____
John C. Lemon