UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB - 7 2000

MICHAEL N. MILBY, CLERK

TERRY CANALES AND
RACHEL E. CANALES

vs.                                    C.A. NO. C-00-012

KOCH PIPELINE COMPANY, L.P., KOCH
PETROLEUM GROUP, KOCH GATHERING
SYSTEMS, INC., AFC LEASE SERVICE,
INC., ALLEN YEATS, HECTOR S. LOPEZ
AND GLORIA LOPEZ

Removed from the 229th District Court
Of Duval County, Texas

## CERTIFICATE OF PARTIES FINANCIALLY INTERESTED
## IN THE OUTCOME OF LITIGATION

Pursuant to the Order of Conference and Disclosure of Interested Parties, Defendants hereby file their certificate listing all persons, associations of persons, firms, partnership corporations, affiliates, parent corporations, or other entities that they are aware of and are financially interested in the outcome of this litigation.

1. The Defendants are aware of no financially interested entities other than the parties to this lawsuit. The proper parties are:

   a. Defendants: Koch Pipeline Company, L.P., Koch Petroleum Group, Koch Gathering Systems, Inc., AFC Lease Service, Inc., Allen Yeats, Hector S. Lopez, and Gloria Lopez.

   b. Plaintiffs: Terry A. Canales and Rachel E. Canales.

2. Defendants are unaware if any of the parties are publicly-traded.

7.

Respectfully submitted,

*David Walsh*

David Walsh
Federal ID #16319
State Bar #00786327
Attorney in Charge

ATTORNEY FOR DEFENDANTS
ALLEN YEATS AND
AFC LEASE SERVICE, INC.

OF COUNSEL:

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
361-881-9643
361-883-0506 (Fax)

## CERTIFICATE OF SERVICE

I certify that on February 4th, 2000, a complete and correct copy of the **Certificate of Parties Financially Interested in the Outcome of Litigation** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

| | |
|---|---|
| Travis A. Pearson | Gene R. Ward |
| Koch Industries, Inc. | Hornblower, Manning & Ward |
| P. O. Box 2256 | P. O. Box 2728 |
| Wichita, KS 67201 | Corpus Christi, Texas 78403-2728 |

Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, Texas 78477