United States District Court
Southern District of Texas
FILED

FEB 14 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY A. CANALES AND<br>RACHEL E. CANALES | §<br>§<br>§ | |
| VS. | § | C.A. NO. C-00-012 |
| | § | |
| KOCH PIPELINE COMPANY, L.P., KOCH<br>PETROLEUM GROUP, KOCH GATHERING<br>SYSTEMS, INC., AFC LEASE SERVICE,<br>INC., ALLEN YEATS, HECTOR S. LOPEZ<br>AND GLORIA LOPEZ | §<br>§<br>§<br>§<br>§ | Removed from the 229th District Court<br>of Duval County, Texas |

**INFORMATION TO THE COURT**

The Koch Defendants' ("Koch") attorney-in-charge, Travis Pearson, and local counsel, Gene Ward, hereby inform the Court as follows:

1. On Thursday, February 3, 2000, plaintiffs' attorney-in-charge, John Lemon, remarked in a telephone conversation with Koch's local counsel, Gene Ward, that attorney Travis Pearson's name had been signed "with permission" by Lynette Frederick to the general denial filed in this action on December 30, 1999, shortly before Koch removed it to this Honorable Court. (**Exhibit A**) Ms. Frederick also signed the pleading and the Certificate of Service.

2. Plaintiffs' counsel commented that the pleading was filed without a motion for Pearson to appear *pro hac vice*. Mr. Pearson, a Kansas lawyer, is admitted to practice in the United States District Court, Southern District of Texas, but is not a member of the State Bar of Texas. Mr. Ward and Ms. Frederick are Corpus Christi attorneys with the firm of Hornblower, Manning & Ward, P.C. and are attorneys of record in this case.

8.

3.     Plaintiff originally filed suit on April 14, 1999, in the 229th District Court of Duval County (Cause No. DC-99-104), complaining of the acts and omissions alleged in this cause. Mr. Pearson applied for and was granted permission to proceed pro hac vice for all matters in that cause. (**Exhibit B**)

4.     Koch subsequently removed the case to this Court (C.A. No. C-99-228) and plaintiff attempted to join several parties which would, if joined as defendants, defeat diversity jurisdiction. In a hearing held on November 29, 1999, the Court ordered the parties to conduct limited discovery on the issue of jurisdiction. The next week, plaintiffs without obtaining prior leave of this Honorable Court filed the *same complaint* again in the 229th District Court of Duval County, naming the parties plaintiffs are attempting to join in C.A. No. C-99-228. Koch removed the case to federal court because it is the *same case already pending before this Honorable Court*, C.A. No. C-99-228. See "Information to Court Regarding Re-Filed Suit Involving Same Subject Matter and Parties and Removal Thereof" in C.A. No. C-99-228 (**Exhibit C**).

5.     In light of this background, and since the 229th District Court signed an Order granting Mr. Pearson leave to appear *pro hac vice* for all matters in the cause (**Exhibit B**), the undersigned are unaware of anything improper regarding the subject in question (see Paragraph 1 above). However, as officers of the Court, the undersigned bring this to the Court's attention and wish to assure this Honorable Court and all parties that the undersigned had no intent or desire to disregard any rules of the Honorable Court of the 229th District of Texas, this Honorable Court, or any other legal authority.

Respectfully submitted,

Travis A. Pearson
Kansas Bar No. 16076
KOCH INDUSTRIES, INC.
P.O. Box 2256
Wichita, KS 67201
Telephone: (316) 828-8594
FAX: (316) 828-4780
and
Gene R. Ward
State Bar No. 20841500
Federal I.D. No. 7645
Lynette M. Frederick
State Bar No. 12909300
Federal I.D. No. 15439
HORNBLOWER, MANNING & WARD
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728
Telephone: (361) 888-8041
FAX: (361) 888-8222

By _____

By _____

By _____
ATTORNEYS FOR DEFENDANTS,
KOCH PIPELINE COMPANY, L.P.,
KOCH PETROLEUM GROUP, L.P.
AND KOCH GATHERING SYSTEMS,
INC.

## CERTIFICATE OF SERVICE

I certify that on February 14, 2000, a complete and correct copy of the **Information to the Court** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR # Z 199 591 553**
Mr. John C. Lemon
Lemon & Gonzalez-Lemon, L.L.P.
520 East Second Street
Alice, TX 78332-4810


**VIA CM/RRR # Z 199 591 554**
Mr. David Walsh
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404


**VIA CM/RRR # Z 199 591 555**
Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, TX   78477


*Lynette M. Frederick*
Lynette M. Frederick

FILED AT 9:00 O'CLOCK A M

JAN 0 3 2000

R. GARZA
DISTRICT COURT
BY

CAUSE NO. DC-99-465

| | | |
|---|---|---|
| TERRY A. CANALES AND<br>RACHEL CANALES | § § § | IN THE DISTRICT COURT |
| VS. | § § | 229TH JUDICIAL DISTRICT |
| KOCH PIPELINE COMPANY, L.P.,<br>ET AL. | § § § | DUVAL COUNTY, TEXAS |

## KOCH DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF THE COURT:

Koch Pipeline Company, L.P., Koch Petroleum Group, L.P., erroneously named by Plaintiffs as Koch Petroleum Group, and Koch Gathering Systems, Inc., (collectively called "Koch defendants"), Defendants, file this Original Answer to Plaintiffs' Original Petition and would show the Court the following:

Without waiving any objections and while expressly reserving all jurisdictional rights, Koch defendants, exercising their legal rights under customary practice and the Texas Rules of Civil Procedure, deny each and every, all and singular, the material allegations of Plaintiffs' causes of action and demand strict proof of the allegations in accordance with Texas Rule of Civil Procedure 92.

WHEREFORE, Defendants, Koch Pipeline Company, L.P., Koch Petroleum Group, L.P., erroneously named by Plaintiffs as Koch Petroleum Group, and Koch Gathering Systems, Inc., pray for and request Judgment of the Court, upon final trial hereof, that Plaintiffs, Terry A. Canales and Rachel Canales, take nothing by this suit, that Defendants go hence with costs and

such further relief in law or in equity, both general and special, to which these Defendants may be entitled.

        Respectfully submitted,

        Travis A. Pearson
        Kansas Bar No. 16076
        KOCH INDUSTRIES, INC.
        P.O. Box 2256
        Wichita, KS 67201
        Telephone: (316) 828-8594
        FAX: (316) 828-4780

        and

        Gene R. Ward
        State Bar No. 20841500
        Lynette M. Frederick
        State Bar No. 12909300
        HORNBLOWER, MANNING & WARD
        Professional Corporation
        P.O. Box 2728
        Corpus Christi, TX 78403-2728
        Telephone: (361) 888-8041
        FAX: (361) 888-8222


By *Travis A. Pearson w/ permission*
ATTORNEYS FOR DEFENDANTS, KOCH PIPELINE COMPANY, L.P., KOCH PETROLEUM GROUP, L.P. AND KOCH GATHERING SYSTEMS, INC.

*Lynette M. Frederick*

---

## CERTIFICATE OF SERVICE

I certify that on December **30**, 1999, a complete and correct copy of **Koch Defendants' Original Answer** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA Hand Delivery:**
Mr. John C. Lemon
Lemon & Gonzalez-Lemon, L.L.P.
520 East Second Street
Alice, TX 78332-4810
FAX: (361) 664-0013

*Lynette M. Frederick*
Lynette M. Frederick

Koch Defendants' Original Answer - Page 3
H:\office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\ORIG-ANS.wpd

FILED AT 4:00 O'CLOCK A.M.

JUN 11 1999

DISTRICT CLERK
DISTRICT COURT, DUVAL COUNTY, TEXAS
BY: _____

CAUSE NO. DC-99-104

| | | |
|---|---|---|
| RACHEL E. CANALES | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 229TH JUDICIAL DISTRICT |
| | § | |
| KOCH INDUSTRIES, INC. | § | DUVAL COUNTY, TEXAS |

## ORDER

On _June 9th_, 1999, the Court considered the motion of Travis A. Pearson to appear for Koch Industries, Inc. pro hac vice for all purposes, including being heard in open court. The Court having reviewed the Motion and having considered the Motion and being fully advised in the premises, hereby orders that the Motion is GRANTED, and that Travis A. Pearson is admitted to practice pro hac vice in this cause for all purposes, including being heard in open court as attorney in charge for defendant, Koch Industries, Inc.

SIGNED this _9th_ day of _June_, 1999.

_____
JUDGE PRESIDING

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**JAN 1 2 2000**

**Michael N. Milby, Clerk**

| | | |
|---|---|---|
| RACHEL E. CANALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-99-228 |
| | § | |
| KOCH INDUSTRIES, INC. | § | JURY TRIAL REQUESTED |

### DEFENDANT'S INFORMATION TO COURT REGARDING RE-FILED SUIT INVOLVING SAME SUBJECT MATTER AND PARTIES AND REMOVAL THEREOF

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

For the Court's information, Defendant, Koch Industries, Inc., notifies the Court that Koch has removed another lawsuit filed in State Court in December 1999, because it is the same lawsuit currently before this Honorable Court. A copy of the Notice of Removal and attachments are attached as *Exhibit 1*. The Case Number of the newly removed lawsuit is Civil Action No. CV-C-00-012.

Respectfully submitted,

Travis A. Pearson
Kansas Bar No. 16076
KOCH INDUSTRIES, INC.
P.O. Box 2256
Wichita, KS 67201-2256
Telephone: (316) 828-8594
FAX: (316) 828-4780

and

---

Defendant's Information to Court Regarding Re-Filed Suit
Involving Same Subject Matter and Parties and Removal
Thereof - Page 1
H:\office\wpwin\wpdocs\TRIAL\KOCH\CANALES-R\PLDGS\not-removal.wpd

**EXHIBIT C**

Gene R. Ward
State Bar No. 20841500
Federal I.D. No. 7645
Lynette M. Frederick
State Bar No. 12909300
Federal I.D. No. 15439
HORNBLOWER, MANNING & WARD
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728
Telephone: (361) 888-8041
FAX: (361) 888-8222

By *Travis Pearson by GRW*
ATTORNEYS FOR DEFENDANT, KOCH INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I certify that on January 12, 2000, a complete and correct copy of **Defendant's Information to Court Regarding Re-Filed Suit Involving Same Subject Matter and Parties and Removal Thereof** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR # Z 186 823 019**
Mr. John C. Lemon
Lemon & Gonzalez-Lemon, LLP
520 E. 2nd Street
Alice, TX 78332-4810

**VIA CM/RRR # Z 199 591 534**
Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, TX 78477

**VIA CM/RRR # Z 199 591 535**
Mr. Terry A. Canales, Pro Se
P.O. Box 730
Premont, TX 78375

_____
Gene R. Ward

Defendant's Information to Court Regarding Re-Filed Suit
Involving Same Subject Matter and Parties and Removal
Thereof - Page 2
H:\office\wpwin\wpdocs\TRIAL\KOCH\CANALES-R\PLDGS\not-removal.wpd