IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY A. CANALES, AND<br>RACHEL E. CANALES | § | CIVIL ACTION NO. C-00-012 |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | **United States District Court**<br>**Southern District of Texas**<br>**FILED** |
| KOCH PIPELINE COMPANY, L.P., | § | |
| KOCH PETROLEUM GROUP, KOCH | § | |
| GATHERING SYSTEMS, INC., AFC | § | **FEB 1 5 2000** |
| LEASE SERVICE, INC., ALLEN YEATS, | § | |
| HECTOR S. LOPEZ, AND GLORIA | § | **Michael N. Milby, Clerk** |
| LOPEZ | § | |
| | § | |
| Defendants | § | |

## PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE HAYDEN W. HEAD, JR.:

COMES NOW RACHEL CANALES AND TERRY A. CANALES, Plaintiffs in the above-numbered and styled causes, and files this their motion to remand. In support hereof Plaintiffs would respectfully show the following:

1. Movants are residents of Jim Wells County, Texas.

2. Defendant Hector S. Lopez is a resident of Jim Wells County, Texas.

3. Defendant Gloria Lopez is a resident of Jim Wells County, Texas.

4. Defendant Koch Pipeline Company, L.P. maintains a principal place of business in Texas.

5. Defendant AFC Lease Service, Inc. is a Texas corporation, which maintains its principal place of business in Sinton, Texas.

6. Defendant Allen Yeats is a Texas resident.

9.

7.   Because there is not complete diversity between the parties, pursuant to 28 U.S.C. § 1441(b) this Court lacks federal jurisdiction over the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Terry A. Canales and Rachel E. Canales pray that this Court remand both of the above-referenced and numbered causes and that this Court grant them whatever additional equitable relief to which they may be entitled.

Respectfully submitted,

By: _____
    Christopher A. Bandas
    State Bar No. 00787637
    Southern District Bar No. 17509-
    4825 Everhart Road
    Corpus Christi, Texas 78411
    (361) 857-2727 Telephone
    (361) 857-8783 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:
THE WYATT LAW FIRM, P.C.

    Christopher A. Bandas
    State Bar No. 00787637
    Southern District Bar No. 17509
    Paula A. Wyatt
    State Bar No. 10541400
    Southern District Bar No. 19223
    4825 Everhart Road
    Corpus Christi, Texas 78411
    (361) 857-2727 Telephone
    (361) 857-8783 Facsimile

LEMON & GONZALEZ-LEMON, L.L.P.

John C. Lemon
State Bar No. 00789449
Southern District Bar No. 19019
520 East Second Street
Alice, Texas 78332
(361) 664-0011 Telephone
(361) 664-0013 Facsimile

**ASSOCIATE COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for movant hereby avers that he has conferred with counsel for respondent and that counsel cannot agree about the disposition of the motion. This motion is opposed.

Christopher A. Bandas

3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 15th day of February 2000, a complete and correct copy of the foregoing instrument was served on each party by delivery to the following counsel of record by the method indicate below:

Mr. Travis A. Pearson
Koch Industries, Inc.
P.O. Box 2256
Wichita, Kansas 67201
**Via CMRRR  Z 306 344 611**

COUNSEL FOR DEFENDANT KOCH INDUSTRIES, INC.

Mr. Gene R. Ward
Hornblower, Manning & Ward
P.O. Box 2728
Corpus Christi, Texas 78403-2728
**Via CMRRR  Z 306 344 612**

LOCAL COUNSEL FOR DEFENDANT KOCH INDUSTRIES, INC.

Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, Texas 78477
**Via CMRRR Z 306 344 613**

COUNSEL FOR DEFENDANT HECTOR S. LOPEZ

Christopher A. Bandas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RACHEL E. CANALES, AND | § | CIVIL ACTION NO. C-99-228 |
| TERRY A. CANALES | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| KOCH INDUSTRIES, INC., AND | § | |
| HECTOR S. LOPEZ | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

On this day came to be considered Plaintiffs' motion to remand, and the Court, after having considered the Motion, finds that said motion is well taken, and should in all things be GRANTED.

IT IS THEREFORE, ORDERED, that Plaintiffs motion to remand be in all things GRANTED. It is further,

ORDERED, that this case be remanded to the 229th Judicial District Court of Duval County, Texas.

SIGNED this ___ day of _____, 2000

_____
UNITED STATES DISTRICT JUDGE

4