IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY A. CANALES, AND § <br> RACHEL E. CANALES § <br> § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> KOCH PIPELINE COMPANY, L.P., § <br> KOCH PETROLEUM GROUP, KOCH § <br> GATHERING SYSTEMS, INC., AFC § <br> LEASE SERVICE, INC., ALLEN YEATS, § <br> HECTOR S. LOPEZ, AND GLORIA § <br> LOPEZ § <br> § <br> Defendants § | | CIVIL ACTION NO. C-00-012 <br><br> United States District Court <br> Southern District of Texas <br> FILED <br><br> FEB 15 2000 <br><br> MICHAEL N. MILBY, CLERK |

**PLAINTIFFS' DESIGNATION OF ATTORNEY-IN-CHARGE
AND DESIGNATION OF ASSOCIATE COUNSEL**

COMES NOW TERRY A. CANALES AND RACHEL CANALES, Plaintiffs in the above-numbered and styled cause, and files this their designation of attorney-in-charge and designation of associate counsel.

1. Plaintiffs hereby designate Christopher A. Bandas, The Wyatt Law Firm, P.C., 4825 Everhart Road, Corpus Christi, Texas 78411 as Attorney-In-Charge for Plaintiffs pursuant to Local Rule 2(A).

2. Pursuant to Local Rule 2(C)(2) Plaintiffs further designate Paula A. Wyatt, The Wyatt Law Firm, P.C., 4825 Everhart Road, Corpus Christi, Texas 78411 and John C. Lemon, Lemon & Gonzalez-Lemon, L.L.P., 520 East Second Street, Alice, Texas 78332 as associate counsel for Plaintiffs.

3. All counsel and associate counsel designated hereby are fully informed and have authority to bind Plaintiffs.

Respectfully submitted,

By: _____
    Christopher A. Bandas
    State Bar No. 00787637
    Southern District Bar No. 17509
    4825 Everhart Road
    Corpus Christi, Texas 78411
    (361) 857-2727 Telephone
    (361) 857-8783 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:

THE WYATT LAW FIRM, P.C.

    Christopher A. Bandas
    State Bar No. 00787637
    Southern District Bar No. 17509
    Paula A. Wyatt
    State Bar No. 10541400
    Southern District Bar No. 19223
    4825 Everhart Road
    Corpus Christi, Texas 78411
    (361) 857-2727 Telephone
    (361) 857-8783

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 14th day of February, 2000, a complete and correct copy of the foregoing instrument was served on each party by delivery to the following counsel of record by the method indicate below:

Mr. Travis A. Pearson
Koch Industries, Inc.
P.O. Box 2256
Witchita, Kansas 67201
**Via CMRRR Z 306 344 611**

COUNSEL FOR DEFENDANTS KOCH PIPELINE COMPANY, L.P.
KOCH PETROLUEM GROUP, AND KOCH GATHERING SYSTEMS

Mr. Gene R. Ward
Hornblower, Manning & Ward
P.O. Box 2728
Corpus Christi, Texas 78403-2728
**Via CMRRR  Z 306 344 612**

LOCAL COUNSEL FOR DEFENDANTS KOCH PIPELINE COMPANY, L.P.
KOCH PETROLUEM GROUP, AND KOCH GATHERING SYSTEMS

Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, Texas 78477
**Via CMRRR  Z 306 344 613**

COUNSEL FOR DEFENDANTS GLORIA LOPEZ AND
HECTOR S. LOPEZ

Mr. David Walsh
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
**Via CMRRR  Z 306 344 614**

COUNSEL FOR DEFENDANTS AFC LEASE SERVICE, INC. AND
ALLEN YEATS

_____
Christopher A. Bandas

Client Files:Clients C-D:Canales, Rachel & Terry 00-0280:Pleadings: Federal II Lawsuit:Attorney-In-Charge Designation