United States District Court
Southern District of Texas
FILED

FEB 23 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RACHEL E. CANALES | § | |
| | § | C.A. NO. C-00-012 |
| VS. | § | |
| | § | Removed from the 229th District |
| KOCH INDUSTRIES, INC. | § | Court of Duval County, Texas |

# RESPONSE OF HECTOR AND GLORIA LOPEZ
# TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JANICE GRAHAM JACK:

NOW COMES, Hector Lopez and Gloria Lopez, Respondents (hereinafter referred to as "Respondents") in the above-entitled and numbered cause and files this Response to Plaintiffs' Original Petition and for would show the Court the following:

1.  There are no factual allegations contained in Paragraphs I, II, III, IV, V, VI and VII of Plaintiffs' Petition that require Respondents to either admit or deny.

2.  As to the allegations contained in Paragraph VIII of Plaintiffs' Petition, Respondents admit the same.

3.  As to the allegations contained in Paragraphs IX and X of Plaintiffs' Petition, Respondents admit the allegations contained therein, but deny any involvement in installing the pipeline or causing damage to the land.

4.  As to the allegations contained in Paragraphs XI, XII, XIII and XVIII of Plaintiffs' Petition, Respondents do not have sufficient information to either admit or deny and accordingly would deny the same at this time.

5.  As to the balance of the allegations contained in the prayer, the Respondents would deny the same.

P:\ANS\LOPEZ-CANALES-KOCH
297.001

-1-



WHEREFORE, PREMISES CONSIDERED, Hector Lopez and Gloria Lopez request this Court to deny all claims against them and for such other and further relief, whether general or special, legal or equitable, as they may show themselves justly entitled to receive.

Respectfully submitted,

SCHAUER, SIMANK & LEDBETTER, P.C.
615 No. Upper Broadway, Suite 2000, MSC-159
Corpus Christi, Texas 78477
(361) 884-2800
(361) 884-2822 (FAX)

By: _____
Ronald A. Simank
State Bar No. 18359400

ATTORNEYS FOR HECTOR LOPEZ
AND GLORIA LOPEZ

## CERTIFICATE OF SERVICE

I hereby certify that on the _23rd_ day of _February_, 2000, a true and correct copy of the above and foregoing document was deposited in the United States mail, first class, postage prepaid, to the following:

Ms. John C. Lemon
LEMON & GONZALEZ-LEMON L.L.P.
520 E. Second Street
Alice, TX 78332

Mr. Travis A. Pearson
KOCH INDUSTRIES, INC.
P.O. Box 2256
Wichita, KS 67201

Mr. Gene R. Ward
Ms. Lynette M. Frederick
HORNBLOWER, MANNING & WARD
P.O. Box 2728
Corpus Christi, TX 78403-2728

Mr. David Walsh
BRIN & BRIN
1202 Third Street
Corpus Christi, TX 78404

_____
Ronald A. Simank

P:\ANS\LOPEZ-CANALES-KOCH
297.001

-2-