UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TERRY A. CANALES AND | § | |
| RACHEL E. CANALES | § | |
| | § | |
| VS. | § | C.A. NO. C-00-012 |
| | § | |
| KOCH PIPELINE COMPANY, L.P., KOCH | § | |
| PETROLEUM GROUP, KOCH GATHERING | § | |
| SYSTEMS, INC., AFC LEASE SERVICE, | § | |
| INC., ALLEN YEATS, HECTOR S. LOPEZ | § | Removed from the 229th District Court |
| AND GLORIA LOPEZ | § | of Duval County, Texas |

**KOCH PIPELINE COMPANY, L.P., KOCH PETROLEUM
GROUP, L.P. AND KOCH GATHERING SYSTEMS, INC.'S OPPOSITION TO
MOTION TO REMAND FILED BY PLAINTIFFS AND OBJECTIONS
<u>TO BRIEF IN SUPPORT OF MOTION TO REMAND</u>**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    1.    Koch Pipeline Company, L.P., Koch Petroleum Group, L.P. and Koch Gathering Systems, Inc. ("Koch") file this opposition to the motion to remand filed by Plaintiffs Rachel Canales and Terry A. Canales, and incorporate by reference their Response to Lopez's Motion to Remand (filed on 12-21-99 in Civil Action No. C-99-228) and their Position Statement (filed on 02-15-00 in Civil Action No. C-99-228).

    2.    Defendants removed this case to this Honorable Court on January 11, 2000, on the basis of diversity of citizenship. Rachel Canales and Terry A. Canales filed the motion to remand more than thirty days after removal so all claims of "technical" defects in the removal (if any) would be waived.

---

Koch Pipeline Company, L.P., Koch Petroleum Group and
Koch Gathering Systems, Inc.'s Opposition to Motion to Remand
Filed by Plaintiffs and Objections to Brief in Support of Motion
to Remand - Page 1
H \office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\Obj to remand.wpd

3.      Koch also objects to Exhibit 8 in the Plaintiffs' Brief in Support of Motion to Remand for the following reasons:

    a      The Exhibit is inadmissible because it is a) not authenticated, b) incomplete, c) out of context and therefore misleading and unreliable, d) hearsay, and e) irrelevant to the subject matter of this suit (i.e., the citizenship of Koch Pipeline L.P. at the time of removal, June 18, 1999), therefore, whatever minimal probative value it may arguably have (if any) is outweighed by its unreliability and prejudice. See Exhibit A, Affidavit of Jay Rosser.

    b.     Since the Exhibit is not authenticated, not complete, not in context, not applicable to Koch Pipeline, not specific to the relevant time period (the date of removal, January 11, 2000), the Exhibit should not be admitted or considered.

4.      This is a suit between a group of Texas co-tenants as Plaintiffs[1] against an out-of-state citizen as defendant. Plaintiffs' attempt to join parties solely for purposes of defeating diversity and to cooperate with co-owner, Hector Lopez - who can only be rationally aligned as a Plaintiff, but who is working in tandem with the other Plaintiffs to get this case

---

[1] While Plaintiffs inexplicably continue to claim that Gloria Lopez is a defendant, no party or witness has at any time testified or argued that there is any reason at all for her to be considered a defendant. Clearly, all of the Texas "defendants" were joined only to defeat diversity. Gloria Lopez can arguably only be considered a plaintiff, which further illustrates plaintiffs' strategy to persuade this Honorable Court to ignore substance and remand the case strictly on a contrived form.

**Koch Pipeline Company, L.P., Koch Petroleum Group and
Koch Gathering Systems, Inc.'s Opposition to Motion to Remand
Filed by Plaintiffs and Objections to Brief in Support of Motion
to Remand - Page 2**
H:\office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\Obj to remand.wpd

remanded to State Court - are transparent attempts to ask this Court to ignore substance over a blatantly contrived form. It is the classic case of diversity of citizenship of the parties.

5. No one has even disputed that this Court has diversity jurisdiction over Koch's counterclaim for declaratory judgment and other relief. Koch asks this Court to protect its right to defend itself in this Court and to deny Plaintiffs' motion to remand.

Respectfully submitted,

Travis A. Pearson
Kansas Bar No. 16076
Attorney-in-Charge
KOCH INDUSTRIES, INC.
P.O. Box 2256
Wichita, KS 67201
FAX: (316) 828-4780
Telephone: (316) 828-8594
and
Gene R. Ward
State Bar No. 20841500
Federal I.D. No. 7645
Lynette M. Frederick
State Bar No. 12909300
Federal I.D. No. 15439
Local Counsel
HORNBLOWER, MANNING & WARD
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728
FAX: (361) 888-8222
Telephone: (361) 888-8041

By: *Gene Ward for Travis Pearson*
ATTORNEYS FOR DEFENDANT, KOCH
INDUSTRIES, INC.

---

Koch Pipeline Company, L.P., Koch Petroleum Group and
Koch Gathering Systems, Inc.'s Opposition to Motion to Remand
Filed by Plaintiffs and Objections to Brief in Support of Motion
to Remand - Page 3
H \office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\Obj to remand wpd

## CERTIFICATE OF SERVICE

I certify that on March __6__, 2000, a complete and correct copy of <u>Koch Industries, Inc.'s Opposition to Motion to Remand Filed by Plaintiff Rachel Canales and Intervenor Terry A. Canales and Objections to Exhibit Attached to Brief in Support of Motion to Remand</u> was served on each party by delivery to the following in the manner indicated below:

**VIA CM/RRR # Z 199 596 747**
Mr. Christopher A. Bandas
Wyatt, Wyatt & Cowley
4825 Everhart Road
Corpus Christi, TX 78411


**VIA CM/RRR # Z 199 596 748**
Mr. John C. Lemon
Lemon & Gonzalez-Lemon, L.L.P.
520 East Second Street
Alice, TX 78332-4810


**VIA CM/RRR # Z 199 596 749**
Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, TX 78477


**VIA CM/RRR # Z 199 596 750**
Mr. Terry A. Canales, Pro Se
P.O. Box 730
Premont, TX 78375

_____
Gene R. Ward

Koch Pipeline Company, L.P., Koch Petroleum Group and
Koch Gathering Systems, Inc.'s Opposition to Motion to Remand
Filed by Plaintiffs and Objections to Brief in Support of Motion
to Remand - Page 4
H \office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\Obj to remand wpd

# AFFIDAVIT

STATE OF KANSAS      )
                     ) ss.
COUNTY OF SEDGWICK )

I, **Jay Rosser**, of lawful age, after first being duly sworn upon oath, depose and state:

1. I am the Director of Corporate Communications for Koch Industries, Inc.

2. That in such capacity, I am familiar with the development and design of, and the information provided at the web site for Koch Industries, Inc. located at www.kochind.com (hereinafter referred to as the "Web Site").

3. That the Web Site was developed to provide general and basic information about Koch Industries, Inc., including a synopsis of Koch's history and philosophy, community activities in which Koch participates, Koch's achievements, an overview of the various business groups, a map illustrating some of the locations around the world in which Koch conducts business, and potential career opportunities at Koch.

4. That the map and list of company locations provided at the Koch Industries, Inc. Web Site is indicative of a representative sampling of the various world-wide locations where Koch Industries, Inc. conducts business and is not intended to be representative of all of the Koch subsidiary locations in every locale.

5. That the information for the world-wide company locations provided at the Web Site was taken from the Koch Industries, Inc. 1997 Corporate Telephone Directory.

6. That because of the multitude of company locations in the 1997 Corporate Telephone Directory, not all of the company locations were listed at the Web Site.

**EXHIBIT A**

7. That attached as Exhibit "A" to this Affidavit is a copy of the pages from the 1997 Corporate Telephone Directory showing the company locations for Koch Pipeline Company, L.P. in Wichita, Kansas, which were not listed on the list of company locations for the State of Kansas on the web site.

8. That attached as Exhibit "B" to this Affidavit is a copy of print outs from the web site showing the wide array of information available at the web site, including a representative listing of the world-wide locations, and a general overview of Koch Pipeline Company, L.P. described as owning and operating "the longest and largest ammonia pipeline in the U.S." and as being a 2,100 mile pipeline that "stretches from the Gulf Coast northward to Missouri, and then branches both East and West through the corn belt states of Illinois, Indiana, Iowa and Nebraska."

9. That the information located at this web site is qualified with a Legal Disclaimer linked to the site that states the information provided is believed to be correct and is offered in good faith but that Koch cannot warrant the accuracy of the information at the site. A copy of the Legal Disclaimer is attached hereto as Exhibit "C."

FURTHER AFFIANT SAITH NOT.

Dated: March 6, 2000.

By: Jay Rosser
Director, Corporate Communications
Koch Industries, Inc.

STATE OF KANSAS    )
                   ) ss:
COUNTY OF SEDGWICK )

2

Subscribed and sworn to before me this 16th day of March, 2000.

_Teresa M. Shaad_
Notary Public

My Commission Expires:

TERESA M. SHAAD
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 4/2/2002

3

**Corporate Telephone Directory**

Understand and build relationships with external and internal customers and find opportunities to better and more profitably anticipate and satisfy their needs.

Help ensure that the best knowledge is used in decisions by freely sharing your knowledge and using the knowledge of others, and by communicating effectively even when it involves constructive disagreement.

Conduct all business affairs lawfully and with integrity.

Treat others with dignity, respect, and sensitivity to enable them to fully use their knowledge and find pleasure and satisfaction in their work.

Be committed to KII's mission and philosophy and constantly strive to understand, develop, and apply Market-Based Management™ to improve profitability by the economic means.


EXHIBIT A

| Name | Title |
|---|---|
| Niemberger, Gary A. OFFICE (316) 828-5928 | Director of Producer Services HOME (316) 636-5487 |
| Pens, Sharon K. OFFICE (316) 828-5765 | Contract Admin/Lease Purch. Asst. |
| St Peter, Julie OFFICE (316) 828-6766 | Administrative Assistant |
| Strecker, George OFFICE (316) 828-4189 | Representative, Crude |
| Wasson, Tim OFFICE (316) 828-5396 | Analyst, Market |

■ **Wichita                                                                    Kansas**

**KOCH OIL COMPANY**

**Ownership Services**

P.O. Box 2239, Wichita, Kansas 67201-2239          Bldg. D, Floor 1

Telephone.     (316) 828-5305
Fax:           (316) 828-7997
Location.      7746, CST 0

| Name | Title |
|---|---|
| Anderson, Rob OFFICE (316) 828-6742 | Title Analyst HOME (316) 683-7934 |
| Baldwin, Jennifer OFFICE (316) 828-6681 | Analyst Manager HOME (316) 536-2844 |
| Batten, Tyler OFFICE (316) 828-4190 | Title Analyst HOME (316) 683-6132 |
| Carlberg, Liz OFFICE (316) 828-5976 | Waves Project HOME (316) 775-0481 |
| Drevo, Sheryl L. OFFICE (316) 828-5265 | Credit Analyst HOME (316) 722-7042 |
| Emmons, Suzette OFFICE (316) 828-3777 | Title Analyst HOME (316) 721-3687 |
| Helms, Dwight OFFICE (316) 828-6692 | Title Analyst HOME (316) 834-6857 |
| Jensen, Margaret OFFICE (316) 828-5393 | Selection & Development Leader HOME (316) 721-9705 |
| Kindel, Beth OFFICE (316) 828-5108 | Title Analyst HOME (316) 832-9571 |
| Liggett, Kathleen A OFFICE (316) 828-4858 | Legal Analyst HOME (316) 729-7418 |
| Lyda, Gina H. OFFICE (316) 828-8428 | Waves Project Manager ME (Unlisted)(316) 755-2056 |
| McPhail, Cathy OFFICE (316) 828-6788 | Research & Training Supervisor HOME (316) 729-2427 |
| Renck, Lisa D. OFFICE (316) 828-4921 | Ownership Services Manager HOME (316) 744-3829 |
| Stafford, Jeanette C. OFFICE (316) 828-6651 | Title Analyst HOME (316) 773-3390 |
| Stenzel, Eugene L. OFFICE (316) 828-5438 | Payment & Compliance Supervisor HOME (316) 283-0190 |
| Thomasson, Jennifer OFFICE (316) 828-5072 | Title Analyst HOME (316) 691-8972 |
| Walters, Lisa OFFICE (316) 828-3666 | Title Analyst HOME (316) 683-5041 |
| Wilson, Janelle OFFICE (316) 828-6713 | Credit Analyst HOME (316) 685-9646 |

■ **Wichita                                                                   Kansas**

**KOCH PIPELINE COMPANY, L.P.**

**Corporate Offices**

P.O. Box 2256, Wichita, Kansas 67201-2256          Bldg. T, Floor 6

4111 East 37th Street North, Wichita, Kansas 67220

Telephone:     (316) 828-5423
Fax:           (316) 828-7666
Location:      7773, CST 0

| Name | Title |
|---|---|
| Baker, Gary D. OFFICE (316) 828-5635 | Mgr Assets Mgmt & Business |
| Botterweck, Tony L. OFFICE (316) 828-5385 | Sr. Vice President - Marketing HOME (316) 636-2665 |
| Caffey, B. R. OFFICE (316) 828-7485 | KII Sr Vice President HOME (316) 733-1054 |
| Christman, Patti J. OFFICE (316) 828-6807 | Secretary, Executive |
| Easley, Steve OFFICE (316) 828-4017 | Marketing Analyst |
| Edwards, Bill C. OFFICE (316) 828-5357 | Crude Oil Scheduler |
| Elmore, James (Jim) H. OFFICE (316) 828-5419 | Sr. Vice President HOME (405) 395-2037 |
| Harris, Joe OFFICE (316) 828-7223 | Project Analyst |
| Lafferty, Larry G. OFFICE (316) 828-5310 | Mgr Asset Evaluation & Bus Dev |
| Lencioni, Ray M. OFFICE (316) 828-8071 | Manager, Special Projects HOME (316) 773-5762 |
| Norton, Priscilla D. OFFICE (316) 828-7802 | Contract & Systems Manager |
| Peterson, Mack G. OFFICE (316) 828-6620 | Mgr Asset Evaluation & Bus Dev |
| Presgrove, Cody L. OFFICE (316) 828-8505 | Mktg & Bus Dev Representative HOME (316) 744-3822 |
| Purcell, Tim E. OFFICE (316) 828-4575 | Manager, Project |
| Taber, Albert E. OFFICE (316) 828-4039 | Vice President - Govt. Affairs HOME (316) 636-4547 |
| Welch, Ann R. OFFICE (316) 828-5448 | Mgr, Accounting Operations |
| White, Janice L. OFFICE (316) 828-5423 | Secretary, Executive HOME (316) 733-4823 |
| Wolgamott, Marc C. OFFICE (316) 828-5651 | Manager, Project |

■ **Wichita                                                                   Kansas**

**KOCH PIPELINE COMPANY, L.P. (Ammonia Division)**

**Koch Fertilizer Storage & Terminal Company**

**Corporate Offices**

P.O. Box 2256, Wichita, Kansas 67220-3203          Bldg. T, Floor 4

4111 East 37th Street North, Wichita, Kansas 67220

Telephone:     (316) 828-8924
Fax:           (316) 828-8977
Location:      8811, CST 0

| Name | Title |
|---|---|
| Caffey, B. R. OFFICE (316) 828-7485 | KII Sr Vice President HOME (316) 733-1054 |

Elmore, James (Jim) H.    KPL President
OFFICE (316) 828-5419

Gooley, Dick    President
OFFICE (316) 828-5791

Watson, Dean E.    Pres-KNC/General Mgr-GCPL
OFFICE (316) 828-7259

### ■ Wichita    Kansas
**KOCH PIPELINE COMPANY, L.P. (AMMONIA DIVISON)**

Accounting

P.O. Box 2256, Wichita, Kansas 67201    Bldg. T, Floor 4

Telephone: (314) 486-5488

Location: B808, CST 0

Leavitt, David A.    Controller
OFFICE (316) 828-8397    HOME (316) 681-2157

### ■ Wichita    Kansas
**KOCH PIPELINE COMPANY, L.P.**

Accounting

Koch Operations Group

P.O. Box 2256, Wichita, Kansas 67201-2256    Bldg. T, Floor 2

Telephone: (316) 828-6619

Fax: (316) 828-5737

Location: 7748, CST 0

Shaffer, Lisa    Accounting Assistant
OFFICE (316) 828-6619

Welch, Ann R.    Mgr. Accounting Operations
OFFICE (316) 828-4913    HOME (316) 832-1796

Wombacher, Jennifer    Accounting Supervisor
OFFICE (316) 828-5564

### ■ Wichita    Kansas
**KOCH PIPELINE COMPANY, L.P.**

Corporate Offices

P.O. Box 2256, Wichita, Kansas 67201-2256    Bldg. T, Floor 6

4111 East 37th Street North, Wichita, Kansas 67220

Telephone: (316) 828-5423, Acctg (316) 828-5446

Fax: (316) 828-6097, Acctg (316) 828-5737

Location: 7758, CST 0

Arnold, Loretta D.    Executive Secretary
OFFICE (316) 828-4823    HOME (316) 796-1578

Baker, Gary D.    Gen. Manager, Bs Development
OFFICE (316) 828-5635    HOME (316) 721-4198

McCaleb, Thomas R.    President
OFFICE (316) 828-8312    HOME (316) 733-4775

Simmons, James A.    Vice President
OFFICE (512) 241-5624

### ■ Wichita    Kansas
**KOCH PIPELINE COMPANY, L.P.**

Fleet Manager/Permit & Licensing

District 97

P.O. Box 2256, Wichita, Kansas 67201-2256    Bldg. T, Floor 6

4111 East 37th St. North, Wichita, Kansas 67220

Telephone: (316) 828-8201

Fax: (316) 828-6097, (316) 828-8981

Location: 1714, CST 0

Allen, Nelson    Fleet Manager/Permits & Lic.
OFFICE (316) 828-8201

### ■ Wichita    Kansas
**KOCH PIPELINE COMPANY, L.P.**

TAG Team

P.O. Box 2256, Wichita, Kansas 67201-2256    Bldg. T, Floor 7

4111 East 37th Street North, Wichita, Kansas 67220

Fax: (316) 828-5074

Location: 3920, CST 0

Allen, Anthony    Training Coordinator
OFFICE (316) 828-8277

Fusilier Jr, Warren    Compliance Coordinator
OFFICE (316) 828-6969

Haifleigh, Deb    Application Leader
OFFICE (316) 828-5808

Hickman, Jill    Transfer Leader
OFFICE (316) 828-6760

Lencioni, Ray    Team Leader
OFFICE (316) 828-8071

Lough, Annette    RP & Standards Coordinator
OFFICE (316) 828-4945

Mitchell, Karlene    Compliance Coordinator
OFFICE (316) 828-4121

Perko, George    Auditor/Knowledge Coordinator
OFFICE (316) 828-8958

### ■ Wichita    Kansas
**KOCH REFINING & CHEMICAL GROUP**

Accounting

P.O. Box 2302, Wichita, Kansas 67201-2302    Bldg. A, Floor 3

4111 East 37th Street North, Wichita, Kansas 67220

Telephone: (316) 828-5829

Fax: (316) 828-4228

Location: 3825, CST 0

Perry, Caralynn D.    Administrative Assistant
OFFICE (316) 828-5829

Sementelli, Tony    Controller
OFFICE (316) 828-8682    HOME (316) 773-2774

ClibPDF - www.fastio.com



**KOCH INDUSTRIES INC** Koch Industries put the Fire ~~under the chill,~~ But somebody else put the Fire in it.™

**Latest News:**
Federal Appeals Court Affirms Lower Court's Findings in Favor of Koch Industries in Case Brought

Koch News Resource   About Koch   Koch in the Community   Koch and the Environment   Koch Careers

Search the Site | Contact Us | Site Index

*Introducing our*
**Media Only Section**
designed specifically for reporters and
editors to aid in research about Koch
*Register Today!*

Koch News Resource | About Koch | Koch in the Community | Koch and the Environment | Koch Careers
Search the Site | Contact Us | Site Index | Koch Home

Copyright © 1999, 2000 Koch Industries, Inc. All rights reserved
General Conditions and Legal Notices | Privacy Statement | Koch's Y2K Efforts
comments@kochind.com



EXHIBIT
B

http://www.kochind.com/                                    3/3/2000

**Koch News Resource** | **About Koch** | **Koch in the Community** | **Koch and the Environment** | **Koch Careers**



# KOCH INDUSTRIES INC
*You Know Us Better Than You Think*
Home Page

Press Releases | Koch in the News | Speeches & Publications | Facts About Koch | Media Contacts

**Koch Overview**
- General Overview
- History
  - Timeline
- Philosophy
  - Vision
  - Core Commitments
  - Incentive & Decision Rights
  - Knowledge Systems
- Facts
  - General Facts
  - Business Facts
  - Environmental Facts
  - Charles Koch's Bio
  - David Koch's Bio

**Business Groups**
- Petroleum
- Chemical
- Gas Liquids
- Energy
- Agriculture
- Mineral Services
- Chemical/Environmental Technology
- Financial Services
- Vitacom

**Koch Solutions**
- Confidence for Cold-Weather Motorists
- Pure Water for the 21st Century
- Pavement Solutions for America's Roads
- Specialized Chemicals for Microchip Production
- Weather Management Tools for Energy Producers and Consumers
- Entrepreneurial Solutions in Environmental Remediation

**Koch Locations**
- Africa
- Australia
- Canada
- China
- Mexico
- Russia
- Singapore
- South America
- United States
- Western Europe

Letter from the Chairman | Philosophy & Focus | Community Outreach | Spotlight Grants | Application Procedure

Awards & Commitments | Actions & Achievements | Environmental Partnerships | Principles & Beliefs | Other Voices | KEEP AHK Newsletter Archive | Order Publications

Career Opportunities | How to Apply | Campus Recruiting | Benefits

Search the Site | Contact Us | Site Index

*Introducing our* **Media Only Section** designed specifically for reporters and editors to aid in research about Koch. **Register Today!**

Koch News Resource | About Koch | Koch in the Community | Koch and the Environment | Koch Careers
Search the Site | Contact Us | Site Index | Koch Home

Copyright © 1999, 2000 Koch Industries, Inc. All rights reserved.
General Conditions and Legal Notices | Privacy Statement | Koch's Y2K Efforts
comments@kochind.com

http://www.kochind.com/site_index.asp

3/3/2000

Koch News Resource | About Koch | Koch in the Community | Koch and the Environment | Koch Careers



worldwide Koch locations
united states of america

World



Alabama | Arizona | Arkansas | California | Colorado | Connecticut | D.C. | Delaware | Florida | Georgia | Idaho | Illinois | Indiana | Iowa | Kansas | Kentucky | Louisiana | Maine | Massachusetts | Michigan | Minnesota | Mississippi | Missouri | Montana | Nebraska | Nevada | New Jersey | New Mexico | New York | North Carolina | North Dakota | Ohio | Oklahoma | Pennsylvania | South Carolina | Tennessee | Texas | Utah | Virginia | Washington | West Virginia | Wisconsin | Wyoming

Search the Site | Contact Us | Site Index

Introducing our **Media Only Section** designed specifically for reporters and editors to aid in research about Koch.
Register Today!

Koch News Resource | About Koch | Koch in the Community | Koch and the Environment | Koch Careers
Search the Site | Contact Us | Site Index | Koch Home

Copyright © 1999, 2000 Koch Industries, Inc. All rights reserved.
General Conditions and Legal Notices | Privacy Statement | Koch's Y2K Efforts
comments@kochind.com

http://www.kochind.com/locations/us.asp

3/3/2000

**Koch News Resource** | **About Koch** | **Koch in the Community** | **Koch and the Environment** | **Koch Careers**



Africa | Australia | Canada | China | India | Japan
Mexico | Russia | Singapore | S. America | United States | Western Europe | Taiwan

Search the Site | Contact Us | Site Index

*Introducing our*
**Media Only Section**
designed specifically for reporters and
editors to aid in research about Koch.
*Register Today!*

Koch News Resource | About Koch | Koch in the Community | Koch and the Environment | Koch Careers
Search the Site | Contact Us | Site Index | Koch Home

Copyright © 1999, 2000 Koch Industries, Inc. All rights reserved.
General Conditions and Legal Notices | Privacy Statement | Koch's Y2K Efforts
comments@kochind.com

**Koch News Resource**   **About Koch**   **Koch in the Community**   **Koch and the Environment**   **Koch Careers**

**KOCH** *You Know Us Better Than You Think*™

Petroleum   Chemical   Gas Liquids   Energy   Agriculture   Mineral Services
Chemical/Environmental Technology   Financial Services   Ventures

## Business Groups
### Mineral Services



The Koch Mineral Services (KMS) group of companies have been providing marketing, trading, transportation, and logistics services for mineral-related industries for more than a quarter of a century. Today, KMS is one of the largest commodity handlers and trading companies moving in excess of 20 millions tons per year.

KMS operates a series of terminals and docks strategically located along the U.S. Pacific Coast, Gulf Coast, Great Lakes and northern Europe as well as inventory locations in the United Kingdom and the Mediterranean. Trading activities cover a range of mineral products, including various carbon products, cement and related materials, sulfur and sulfur chemicals, and major metals and ores. KMS also provides marketing, management, capital, and risk-management services.

A recent addition to KMS, **Koch Nitrogen Company** produces, distributes, and trades nitrogen fertilizers on a global basis. Koch Nitrogen's current annual production of more than 1 million metric tons of anhydrous ammonia in Sterlington, LA represents 6% of U. S. production. Koch Nitrogen also owns fertilizer terminals in Louisiana, Illinois and Indiana. In addition to North American assets and activities, Koch Nitrogen's global trading operations involve ammonia, urea, and UAN fertilizers. Koch Nitrogen will be one of two companies responsible for marketing the production from a world class ammonia and urea complex, FertiNitro, under construction in Jose, Venezuela. When completed in the fourth quarter of 2000, FertiNitro will produce over 1.2 million tons of ammonia and 1.5 million tons of urea annually. Koch Nitrogen is actively pursuing placement of its portion of this production in the Mexican and North American markets.

**Koch Fertilizer Storage & Terminal Company** owns or operates 19 ammonia storage and delivery terminals located strategically across the Midwest's corn growing region and along the U.S. Gulf Coast. These terminals serve Midwest farmers anhydrous ammonia via rail and truck access, depending on location. Terminal access, via rail, barge, vessel and/or truck depending on location, is available from points in Louisiana, Illinois, Indiana, Iowa, Missouri, and Nebraska.

**Koch Pipeline Company LP** owns and operates the longest and largest ammonia pipeline in the U.S. The 2,100 mile pipeline stretches from the Gulf Coast northward to Missouri, and then branches both East and West through the corn belt states of Illinois, Indiana, Iowa and Nebraska.

Search the Site | Contact Us | Site Index

*Introducing our*
**Media Only Section**
designed specifically for reporters and
editors to aid in research about Koch.
**Register Today!**

Koch News Resource | About Koch | Koch in the Community | Koch and the Environment | Koch Careers
Search the Site | Contact Us | Site Index | Koch Home

Copyright © 1999, 2000 Koch Industries, Inc. All rights reserved.
General Conditions and Legal Notices | Privacy Statement | Koch's Y2K Efforts
comments@kochind.com

**Koch News Resource**    **About Koch**    **Koch in the Community**    **Koch and the Environment**    **Koch Careers**

**KOCH INDUSTRIES INC** *You Know Us Better Than You Think*™

**kochind.com**
**Legal Disclaimer**

**General Conditions and Legal Notices**
©1999, 2000 Koch Industries, Inc.
All Rights Reserved

You have chosen to access the information on this World Wide Web Site. The information provided is believed to be correct and is offered in good faith by Koch Industries, Inc. and/or its subsidiaries and affiliates (collectively referred to herein as "KOCH"). Unfortunately, because of the nature of the information and the transmission technology used, KOCH cannot warrant the accuracy of the information at this Site and any reliance on this information is at the sole risk of the user. KOCH reserves the right to make changes and corrections at any time and without further notice.

This document was prepared for informational purposes only. The information on this Web Site is not a guarantee of results to be achieved by any user and is not a statement of warranty, either express or implied. **ALL EXPRESS AND IMPLIED WARRANTIES ARE EXPRESSLY DISCLAIMED, INCLUDING THOSE FOR MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.** Individual results may vary and KOCH cannot anticipate nor control conditions of application. Neither KOCH, its affiliates, nor any party involved in creating, producing, or delivering this Web Site shall be liable for any direct, incidental, consequential, indirect or punitive damages arising out of your access, use or inability to use this Web Site or any errors or omissions in the content thereof.

Certain links on this site lead to resources and Web pages maintained by third parties over whom KOCH has no control. As such, KOCH makes no representation as to the accuracy or any other aspect of the information contained on such resources and Web pages. KOCH will promptly and voluntarily remove any link from this Web site upon request from the linked entity. The Web site is not sponsored in conjunction with or associated with any particular linked entity (other than those identified as KOCH affiliated companies) and the existence of any particular link is simply intended to imply potential interest to the reader.

The applicable standard Terms and Conditions of each KOCH entity are incorporated herein and by reference. All sales of products and/or services are subject to said standard Terms and Conditions in their entirety without deviation unless agreed to in writing and signed by both parties. A copy of these Terms and Conditions may be requested from KOCH and/or its respective affiliated company.

Any communication or material you transmit to KOCH via electronic mail or otherwise is unsolicited by KOCH and is deemed nonconfidential. By transmitting information to KOCH, you automatically assign to KOCH the right, and KOCH reserves the right, to use such communication or material for any purpose whatsoever, including reproduction, publication, broadcast, and posting for its own benefit without compensation or acknowledgment of its source.

You have chosen to access the information on this Web Site, which is located on a server in the state of Kansas, U.S.A. Thus, all information is deemed to have been provided to you in Kansas and Kansas law shall govern the provision of this information in its entirety.

The information and materials on this Web Site are the property of KOCH, and any reproduction, publication, broadcast, and posting by you for your own benefit is prohibited. MBM® and the stylized K are registered trademarks of Koch Industries Inc.

The information and materials on this Web Site are the property of KOCH, and any reproduction,


EXHIBIT C

publication, broadcast, or ~sting by you for your own benefit is prohibit~~, unless you obtain prior written approval from KOCH. Some articles contained herein have been reprinted by KOCH with permission from the original source. KOCH has no authority to extend its reprint permission to you, and your reproduction, without previously obtaining the original source's approval, is prohibited. MBM® and the stylized "K" are registered trademarks of KOCH. In the event that KOCH grants permission to you to reproduce KOCH's logos, photographs, videotapes, or KOCH-owned articles, you agree that such reproduction shall be done, solely, for the purpose of news reporting, and only in conjunction therewith; shall be done in accordance with KOCH's Graphic Standards (as set forth herein), where applicable; and shall be reprinted in their entirety, including current size and format. Any other use, without KOCH's prior written approval, shall be prohibited. KOCH reserves the right to revoke, by written notice (electronic or surface mail), at any time and for any reason or no reason, any such permission or license granted to you for the usage of KOCH's articles, logos, photographs, or videotapes, and you agree to return or destroy the relevant material, within ten (10) days of written notice of revocation from KOCH.

Search the Site | Contact Us | Site Index

Introducing our
**Media Only Section**
designed specifically for reporters and editors to aid in research about Koch.
Register Today!

Koch News Resource | About Koch | Koch in the Community | Koch and the Environment | Koch Careers
Search the Site | Contact Us | Site Index | Koch Home

Copyright © 1999, 2000 Koch Industries, Inc. All rights reserved.
General Conditions and Legal Notices | Privacy Statement | Koch's Y2K Efforts
comments@kochind.com

http://www.kochind.com/disclaimer.asp                                    3/3/2000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TERRY A. CANALES AND | § | |
| RACHEL E. CANALES | § | |
| | § | |
| VS. | § | C.A. NO. C-00-012 |
| | § | |
| KOCH PIPELINE COMPANY, L.P., KOCH | § | |
| PETROLEUM GROUP, KOCH GATHERING | § | |
| SYSTEMS, INC., AFC LEASE SERVICE, | § | |
| INC., ALLEN YEATS, HECTOR S. LOPEZ | § | Removed from the 229th District Court |
| AND GLORIA LOPEZ | § | of Duval County, Texas |

## ORDER

On this day, the Court considered Koch's Opposition to the Motion to Remand of Plaintiff, Rachel E. Canales, and Intervenor, Terry A. Canales. The Court finds that the motion should be _____.

SIGNED on _____, 2000.

_____
**UNITED STATES DISTRICT JUDGE**