UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TERRY A. CANALES AND | § | |
| RACHEL E. CANALES | § | |
| | § | |
| VS. | § | C.A. NO. C-00-012 |
| | § | |
| KOCH PIPELINE COMPANY, L.P., KOCH | § | |
| PETROLEUM GROUP, KOCH GATHERING | § | |
| SYSTEMS, INC., AFC LEASE SERVICE, | § | |
| INC., ALLEN YEATS, HECTOR S. LOPEZ | § | Removed from the 229th District Court |
| AND GLORIA LOPEZ | § | of Duval County, Texas |

**KOCH PIPELINE COMPANY, L.P., KOCH PETROLEUM
GROUP, L.P. AND KOCH GATHERING SYSTEMS, INC.'S SUPPLEMENTAL
OPPOSITION TO MOTION TO REMAND FILED BY PLAINTIFFS AND
OBJECTIONS TO BRIEF IN SUPPORT OF MOTION TO REMAND**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

1. Koch Pipeline Company, L.P., Koch Petroleum Group, L.P. and Koch Gathering Systems, Inc. ("Koch") file this Supplemental Opposition to the Motion to Remand.

2. Koch hereby submits the depositions of its corporate representatives on issues pertaining to Koch Pipeline Company, L.P.'s principal place of business.

3. Koch refers the Court to the attached deposition transcripts of its corporate representatives, Hubert Allan Caldwell, Douglas Lee Tunnell, and Alan D. Hallock on the issue of the principal place of business of Koch Pipeline Company, L.P. (Exhibits 1, 2, and 3)

4. The depositions are submitted in the interest of completeness since parts of the depositions have been filed among the records of the Court.

---

Koch Pipeline Company, L.P., Koch Petroleum Group, L.P. and Koch Gathering
Systems, Inc.'s Supplemental Opposition to Motion to Remand Filed by Plaintiffs
and Objections to Brief in Support of Motion to Remand - Page 1
H \office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\suppObj to remand.wpd

5.   The depositions reconfirm that Koch's principal place of business is **not** in Texas.

Respectfully submitted,

Travis A. Pearson
Kansas Bar No. 16076
Attorney-in-Charge
KOCH INDUSTRIES, INC.
P.O. Box 2256
Wichita, KS 67201
FAX: (316) 828-4780
Telephone: (316) 828-8594

and

Gene R. Ward
State Bar No. 20841500
Federal I.D. No. 7645
Lynette M. Frederick
State Bar No. 12909300
Federal I.D. No. 15439
Local Counsel
HORNBLOWER, MANNING & WARD
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728
FAX: (361) 888-8222
Telephone: (361) 888-8041

By: _Gene Ward for Travis Pearson_
ATTORNEYS FOR DEFENDANTS, KOCH
PIPELINE COMPANY, L.P., KOCH
PETROLEUM GROUP, L.P. AND KOCH
GATHERING SYSTEMS, INC.

Koch Pipeline Company, L.P., Koch Petroleum Group, L.P. and Koch Gathering
Systems, Inc.'s Supplemental Opposition to Motion to Remand Filed by Plaintiffs
and Objections to Brief in Support of Motion to Remand - Page 2
H \office\wpwin\wpdocs\TRIAL\KOCH\Canales-#3\Pldgs\suppObj to remand wpd

# CERTIFICATE OF SERVICE

I certify that on March _15_, 2000, a complete and correct copy of **Koch Pipeline Company, L.P. Koch Petroleum Group, L.P. and Koch Gathering Systems, Inc.'s Supplemental Opposition to Motion to Remand Filed by Plaintiffs and Objections to Brief in Support of Motion to Remand** was served on each party by delivery to the following in the manner indicated below:

**VIA CM/RRR # Z 199 596 793**
Mr. Christopher A. Bandas
Wyatt, Wyatt & Cowley
4825 Everhart Road
Corpus Christi, TX 78411

**VIA CM/RRR # Z 199 596 794**
Mr. John C. Lemon
Lemon & Gonzalez-Lemon, L.L.P.
520 East Second Street
Alice, TX 78332-4810

**VIA CM/RRR # Z 199 596 795**
Mr. Ronald A. Simank
Schauer, Simank & Ledbetter, P.C.
615 N. Upper Broadway, Suite 2000
MSC 159
Corpus Christi, TX   78477

**VIA CM/RRR # Z 199 596 797**
Mr. David Walsh
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

_/s/ Gene Ward_
Gene R. Ward

# EXHIBITS NOT IMAGED