CV/CR ACTION NO.: C00-12

CANALES, ET AL ) COUNSEL: CHRIS BANDAS
_____ )  _____

VS.

KOCH PIPELINE CO. ) COUNSEL: TRAVIS PEARSON,
_____ ) GENE WARD, DAVID WALSH, Ron Simank

===================================================

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

United States District Court
Southern District of Texas
FILED

MAR 16 2000

MICHAEL N. MILBY, CLERK

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: Mark Fassold   INTERPRETER: _____
U.S. MARSHAL/CSO: Betty Amerson   U.S.P.O.: _____
DATE: 3-16-00   OPEN: 2:02 pm   ADJOURN: 2:28 pm.
TAPE: 3/1600 - 2754

===================================================

Case called for Scheduling Conference. Appearances made. Discussion of motion to consolidate this case with C99-228. Discussion of motion to remand in both cases. Discussion of joining AFC, Alan Yates, and Koch Pipeline Co. LLP. Pltf's Atty states that there is a dispute as to the "fact" that Canales' son's company was to cut up the pipe and haul it away. The Court grants the motion to join AFC. The Court grants motion to consolidate C99-228 & C00-12. The Court remands C99-228 & C00-12. Adjourned.

21.