IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 17 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RACHEL E. CANALES, AND TERRY A. CANALES § § § § Plaintiffs, § § v. § KOCH INDUSTRIES, INC., AND HECTOR S. LOPEZ, § § § § Defendants. § | CIVIL ACTION NO. C-99-228 |
| TERRY A. CANALES, AND RACHEL E. CANALES § § § § Plaintiffs, § § v. § KOCH PIPELINE COMPANY, L.P., KOCH § PETROLEUM GROUP, KOCH GATHERING § SYSTEMS, INC., AFC LEASE SERVICE, § INC., ALLEN YEATS, HECTOR S. LOPEZ, § AND GLORIA LOPEZ § § § Defendants. § | CIVIL ACTION NO. C-00-012 |

## ORDER GRANTING PLAINTIFFS' MOTIONS TO JOIN, CONSOLIDATE AND REMAND

For the reasons stated on the record at a hearing held on March 13, 2000, the Court orders that (i) in Civil Action No. C-99-228, Plaintiffs' motions to file an amended petition (D.E. 19-1, 45-1) are GRANTED; (ii) Plaintiffs' motion to consolidate (D.E. 51-1) is GRANTED; (iii) Plaintiffs'

TRUE COPY I CERTIFY
AT :
MIC N. , Clerk
By _____
Deputy Clerk

motion to join additional parties (D.E. 51-2) is GRANTED; and (iv) Plaintiffs' motions to remand (D.E. 23-1, 46-1) are GRANTED.

In Civil Action No. C-00-012, Plaintiffs' motion to consolidate (D.E. 13-1), motion to join additional parties (D.E. 13-1), and motion to remand (D.E. 9-1) are GRANTED.

Accordingly, the Court remands the consolidated case to the 229th Judicial District Court of Duval County, Texas. Because this case was not removed pursuant to 28 U.S.C. § 1443, this order is not reviewable on appeal or otherwise. *See* 28 U.S.C. § 1447(d) (1999).

ORDERED this _16_ day of _March_, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE