IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RACHEL E. CANALES, AND TERRY A. CANALES | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. C-99-228 |
| KOCH INDUSTRIES, INC., AND HECTOR S. LOPEZ, | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| TERRY A. CANALES, AND RACHEL E. CANALES | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. C-00-012 |
| KOCH PIPELINE COMPANY, L.P., KOCH PETROLEUM GROUP, KOCH GATHERING SYSTEMS, INC., AFC LEASE SERVICE, INC., ALLEN YEATS, HECTOR S. LOPEZ, AND GLORIA LOPEZ | § § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

The Court enters final judgment remanding this consolidated case to the 229th Judicial District Court of Duval County, Texas.

ORDERED this 16 day of March, 2000.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE